IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00559-ZLW-MJW

HILDA L. SOLIS,
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR

    Plaintiff,
v.

CARL N. FRANCE and the
IXP, INC. 401(k) PLAN,

    Defendants.

---

ORDER

---

The matter before the Court is Plaintiff's Motion For Judgment By Default Against Defendant Carl N. France And The IXP, Inc. 401(k) Plan (Doc. No. 11).

Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor commenced this action by filing a complaint against Defendants on March 10, 2010 (Doc. No. 1). Plaintiff brought the action to redress violations and enforce the provisions of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq.* Plaintiff seeks all appropriate relief under ERISA, including injunctive relief against Defendant Carl N. France for breaches of fiduciary duties to the IXP, Inc. 401(k) Plan (the Plan) and its participants.

Defendants were served with process on April 8, 2010 (Doc. Nos. 4-7). Defendants have not answered or otherwise responded to the Complaint as required by the Federal Rules of Civil Procedure. On May 10, 2010, the Clerk entered Defendants'

default pursuant to Fed. R. Civ. P. 55(a) (Doc. No. 9).  To date, Defendants have filed no responsive pleading, and have not otherwise appeared in this action.

The Court finds that Defendants Carl N. France and the IXP, Inc. 401(k) Plan have failed to answer, respond, or appear, and therefore the Court will render judgment by default in favor of the Secretary and against Defendants Defendants Carl N. France and the IXP, Inc. 401(k) Plan.  Accordingly, it is

ORDERED that Plaintiff's Motion For Judgment By Default Against Defendant Carl N. France And The IXP, Inc. 401(k) Plan (Doc. No. 11) is granted.  It is

FURTHER ORDERED that Defendant Carl N. France hereby is removed as Trustee of the Plan and permanently enjoined from serving as a fiduciary for any plan covered by ERISA.  It is

FURTHER ORDERED that GTrust of Topeka, Kansas hereby is appointed as Independent Fiduciary of the Plan.  GTrust shall administer and terminate the Plan and effectuate the distribution of the Plan's assets to participants and beneficiaries for a fee of $3,000.00.  The Plan will pay the $3,000.00 fee to GTrust for these services.  It is

FURTHER ORDERED that the Independent Fiduciary shall have all the powers, rights, discretion and duties of a fiduciary under ERISA, 29 U.S.C. §§1001 *et seq*.  It is

FURTHER ORDERED that each party shall bear his or its own costs, fees, and other expenses incurred by such party in connection with any stage of this proceeding.  It is

FURTHER ORDERED that a separate Judgment shall issue pursuant to Fed. R. Civ. P. 58.

DATED at Denver, Colorado this 26th day of May, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court